IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEGHENY MILESTONE, INC. ) | |
| ) | Civil Action No. 05 - 1628 |
| Plaintiff, ) | |
| ) | Judge David S. Cercone |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| RICHLAND TOWNSHIP; RICHLAND ) | |
| TOWNSHIP BOARD OF SUPERVISORS, ) | |
| HAROLD MASTER, AND HENRY RAY ) | |
| POPE, III a/k/a TERRY POPE ) | |
| ) | |
| Defendants. ) | |

## ORDER

On March 10, 2006 Plaintiff filed a Motion to Stay Litigation as well as a request for an extension of time to file a response to the pending motion to dismiss. Plaintiff avers that the parties are in settlement discussion and requests the stay to allow the discussions to proceed. Currently pending in this case are two Motions to Dismiss (Doc. Nos. 9 and 11).

No objections to the requested stay have been filed by Defendants. Therefore,

**IT IS HEREBY ORDERED**, this 29th day of March, 2006, that Plaintiff's Motion to Stay is **GRANTED**.

**IT IS FURTHER ORDERED** that the two pending Motions to Dismiss are administratively terminated without prejudice to refile if settlement is not reached.

**IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

Dated: March 29, 2006

By the Court:

Lisa Pupo Lenihan
United States Magistrate Judge

cc: David S. Cercone
United States Magistrate Judge

James McNally
Metz Lewis
11 Stanwix Street
18th Floor
Pittsburgh, PA 15222

Matthew C. Collins
Metz Lewis
11 Stanwix Street
18th Floor
Pittsburgh, PA 15222

Brian S. Kane
Dapper, Baldasare, Benson & Kane
444 Liberty Avenue
Four Gateway Center, 10th Floor
Pittsburgh, PA 15222

David L. Haber
Weinheimer, Schadel & Haber
429 Fourth Avenue
602 Law & Finance Building
Pittsburgh, PA 15219